AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

NORTHERN               District of               CALIFORNIA

ANA ARIAS

Plaintiff (s),

V.

CAPITAL ONE, N.A., ET AL.

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C 10-01123 MHP

Notice is hereby given that, subject to approval by the court, __Plaintiff ANA ARIAS__ substitutes
(Party (s) Name)

__JAMES MARTINEZ__, State Bar No. __235800__ as counsel of record in
(Name of New Attorney)

place of __ELIAS PORTALES, ESQ.__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:      LAW OFFICE OF JAMES MARTINEZ
Address:        300 Frank H. Ogawa Plaza, Suite 370
Telephone:      (510) 444-7700          Facsimile  (510) 444-7701
E-Mail (Optional): jamesmlaw@att.net

I consent to the above substitution.

Date:    6/30/2010

(Signature of Party (s))

I consent to being substituted.

Date:    7/6/10

(Signature of Former Attorney (s))

I consent to the above substitution.

Date:    6/30/2010

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:    7/15/10

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]